# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>O'HARA, JAMES P. | **2. Court or Organization**<br><br>U.S. DISTRICT COURT | **3. Date of Report**<br><br>04/19/2013 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>MAGISTRATE JUDGE, FULL-TIME | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐   Amended Report | **6. Reporting Period**<br><br>1/1/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

208 U.S. COURTHOUSE
500 STATE AVENUE
KANSAS CITY, KS 66101

*IMPORTANT NOTES:* The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'HARA, JAMES P. | 04/19/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | UNIVERSITY OF KANSAS LAW SCHOOOL - TEACHING | $1,500.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Conference Institute | 4/29/2012 - 5/1/2012 | New York, NY | Educational seminar | meals, lodging, transportation |
| 2. | American Conference Institute | 5/31/2012 - 6/1/2012 | New York, NY | Educational seminar | meals, lodging, transportation |
| 3. | George Mason University School of Law | 09/23-2012 - 9/28/2012 | Arlington, VA | Educational seminar | meals, lodging, transportation |
| 4. | American Conference Institute | 10/16/12 - 10/18/2012 | Philadelphia, PA | Educational seminar | meals, lodging, transportation |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'HARA, JAMES P. | 04/19/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'HARA, JAMES P. | 04/19/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Valley View State Bank (savings & checking accounts) | A | Interest | J | T | | | | | |
| 2. Fidelity Rollover IRA No. 1 (formerly AG Edwards Rollover | | | | | | | | | |
| 3. IRA No. 1) | | | | | | | | | |
| 4. - Fidelity Cash Reserves | A | Interest | J | T | | | | | |
| 5. - Fidelity Advisor Small Cap Class I | | None | | | Sold | 07/06/12 | J | B | |
| 6. - Vanguard Index Fds Reit ETF | A | Dividend | J | T | | | | | |
| 7. - Eagle Sm Cap Growth Fd Cl I | A | Dividend | J | T | | | | | |
| 8. - Harding Loevner Int'l Equity Port Inst'l | A | Dividend | J | T | | | | | |
| 9. - Metropolitan West Tot Return Bond Cl M | A | Dividend | K | T | Buy | 07/06/12 | J | | |
| 10. - Oppenheimer Int'l Bond Class A | A | Dividend | J | T | | | | | |
| 11. - Oppenheimer Dev Markets Fd Class A | | None | | | Sold | 07/06/12 | J | A | |
| 12. Convergence Core Plus Fd Inst'l Cl (f/k/a Mariner I 30/30 | A | Dividend | K | T | Sold (part) | 04/30/12 | K | C | |
| 13. Fund Instituional Cl Shares) | | | | | | | | | |
| 14. - Wasatch Emerging Mkt Sm Cap Fd | A | Dividend | J | T | | | | | |
| 15. - Powershares DB Commodity Index Tracking | | None | | | Sold | 02/15/12 | J | A | |
| 16. - Palmer Square Absolute Return Cl I | A | Dividend | K | T | Buy | 07/06/12 | J | | |
| 17. - Nuance Concentrated Value Fd Inst'l | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'HARA, JAMES P. | 04/19/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Tortise MLP Pipeline Fd Inst'l | | None | K | T | | | | | |
| 19. - Cullen High Dividend Equity Class 1 | A | Dividend | K | T | | | | | |
| 20. - Dodge & Cox Income | A | Dividend | J | T | | | | | |
| 21. - Ishares Gold Trust | | None | J | T | Buy | 02/15/12 | J | | |
| 22. | | | | | Buy | 07/10/12 | J | | |
| 23. | | | | | Buy | 09/27/12 | J | | |
| 24. | | | | | Buy | 10/02/12 | J | | |
| 25. - Pimco High Yield Inst'l | A | Dividend | J | T | Buy | 07/06/12 | J | | |
| 26. Fidelity Rollover IRA No. 2 (formerly AG Edwards) | | | | | | | | | |
| 27. Rollover IRA No. 2) | | | | | | | | | |
| 28. - Fidelity Cash Reserves | A | Interest | J | T | | | | | |
| 29. - Fidelity Advisor Small Cap Class 1 | | None | | | Sold | 07/06/12 | J | A | |
| 30. - Vanguard Index Fds Reit ETF | A | Dividend | J | T | | | | | |
| 31. - Eagle Sm Cap Growth Fd Cl I | A | Dividend | J | T | | | | | |
| 32. - Harding Loevner Int'l Equity Port Inst'l | A | Dividend | J | T | | | | | |
| 33. - Metropolitan West Tot Return Bond Cl M | A | Dividend | J | T | Buy | 07/06/12 | J | | |
| 34. - Oppenheimer Int'l Bond Class A | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'HARA, JAMES P. | 04/19/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Oppenheimer Dev Markets Fd Class A | | None | | | Sold | 07/06/12 | J | A | |
| 36. - Convergence Core Plus Fd Inst'l Cl (f/k/a Mariner I 30/30 | A | Dividend | J | T | Sold (part) | 04/30/12 | J | A | |
| 37. Fund Institutional Cl Shrs) | | | | | | | | | |
| 38. - Wasatch Emerging Mkts Sm Cap Fd | A | Dividend | J | T | | | | | |
| 39. - Powershares DB Commodity Index Tracking | | None | | | Sold | 02/15/12 | J | A | |
| 40. - Palmer Square Absolute Return Cl I | A | Dividend | J | T | Buy | 07/06/12 | J | | |
| 41. - Nuance Concentrated Value Fd Inst'l | A | Dividend | J | T | | | | | |
| 42. - Tortise MLP Pipeline Fd Inst'l | | None | J | T | | | | | |
| 43. - Cullen High Dividend Equity Class 1 | A | Dividend | J | T | | | | | |
| 44. - Dodge & Cox Income | A | Dividend | J | T | | | | | |
| 45. - Ishares Gold Trust | | None | J | T | Buy | 02/15/12 | J | | |
| 46. | | | | | Buy | 07/10/12 | J | | |
| 47. | | | | | Buy | 09/27/12 | J | | |
| 48. | | | | | Buy | 10/02/12 | J | | |
| 49. - Pimco High Yield Inst'l | A | Dividend | J | T | Buy | 07/06/12 | J | | |
| 50. Fidelity U.S. Gov't Reserves (frmly Cent. Money Mkt Trust) | A | Dividend | J | T | Sold | 04/24/12 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'HARA, JAMES P. | 04/19/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| O'HARA, JAMES P. | 04/19/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **JAMES P. O'HARA**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544